

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,728-01

**EX PARTE DURRELL WARE, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 23F1197-202-A IN THE 202ND DISTRICT COURT
## BOWIE COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of assaulting a family or household member by impeding normal breathing or circulation of the blood and sentenced to 10 years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because counsel failed to timely file a notice of appeal. Based on the record, the trial court has found that counsel failed to timely file a notice of appeal.

Relief is granted. *Ex parte Riley,* 193 S.W.3d 900, 902 (Tex. Crim. App. 2006). Applicant may file an out-of-time appeal of his conviction in cause number 23-F1197-202 from the 202nd

District Court of Bowie County. It appears that Applicant is represented by counsel. If Applicant is not represented by counsel, then within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:  July 30, 2025
Do not publish